ACCEPTED
04-15-00160-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/7/2015 8:37:01 AM
KEITH HOTTLE
CLERK

NO 04-15-00160-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/7/2015 8:37:01 AM

KEITH E. HOTTLE
Clerk

# IN THE FOURTH DISTRICT COURT OF APPEALS
# SAN ANTONIO, TEXAS

---

## Genesis T. Ulloa v. Juan P. Rodriguez

---

Original Proceeding from 288th District Court,
The Honorable Renee Yanta, Presiding

---

Appellee's Brief on the Merits

NO ORAL ARGUMENT

MICHAEL MCLEES, LLC
8746 Wurzbach Rd., Suite 207
San Antonio, TX 78240
Tel: 210-842-9508
Fax: 210-547-9231

Attorney for Appellee Juan P. Rodriguez

# TABLE OF CONTENTS

TABLE OF CONTENTS................................................................................................1

INDEX OF AUTHORITIES.......................................................................................2

ISSUES PRESENTED...............................................................................................3

STATEMENT OF FACTS.........................................................................................4

SUMMARY OF ARGUMENT..................................................................................5

ARGUMENT.............................................................................................................5

A.    Appellant fails to show meritorious argument for dismissal at trial level and fails to meet standard of review for reversal on appeal............................................................................5

B.    Appellant failed to timely file brief. After multiple extensions granted by the Court, the final deadline to file brief on merits was September 7th, 2015. Appellant filed brief on September 8th, 2015................................................................................7

PRAYER....................................................................................................................7

APPENDIX................................................................................................................8

CERTIFICATE OF SERVICE..................................................................................9

# INDEX OF AUTHORITIES

**Statutes, Rules, and Regulations**

TEX. R. APP. P. 38.2(a)(1)(B)..................................................................................3

TEX. R. APP. P. 41.1..................................................................................................6

# ISSUES PRESENTED

Pursuant to Rule 38.2(a)(1)(B) of the Texas Rules of Appellate Procedure,

Appellee objects to Appellant's facts and characterization of the issues presented in this

appeal by Appellant and identifies the following new issues in this appeal:

<u>Sufficiency</u>

A.  Did the Trial Court err when it did not consider Appellant's Motion to Dismiss?

B.  Did Appellant timely file her brief, and if not, should the Appellate Court dismiss the appeal?

## STATEMENT OF FACTS

Appellee denies Appellant's statement of facts. Appellant and Appellee were married and both parties were living in Texas at the time Appellee filed for divorce in Bexar County, Texas. As stated on the record by Appellee (see page 6 of Record in Appellant's Brief), the parties did not have significant property to divide. Appellee properly filed for divorce and notified Appellant. Appellant made a general appearance by filing an answer. Appellee filed a Motion to Set and notified Appellant.

On the trial date, after a docket call, Appellee and attorney Michael J. McLees, Jr. were alerted to the fact that Appellant had failed to show. Attorney Michael J. McLees, Jr. called the phone number known to belong to Appellant to find out if Appellant would be showing for trial. Appellant's mother answered the call and insisted that Appellee's attorney should be assisting Appellant in the trial process. Attorney Michael J. McLees, Jr. explained that he was not responsible for assisting an opposing party and that doing so would harm his own client. He also explained that the purpose of the call was not to delay the case, but to find out if Appellant intended to attend the trial. Appellant's mother told Appellee's attorney that something relating to the case has been sent to the court, but when Appellee's attorney checked the record on file with the clerk, no such filing could be found. When it became clear that Appellant did not intend to attend the trial, Appellee sought and obtained a default judgment.

4

## SUMMARY OF THE ARGUMENT

Appellant's claim that the Court erred in not considering Appellant's Motion to Dismiss is not supported by the record. The Motion to Dismiss fails to make a valid claim for dismissal. Appellant's brief is also defective because it was filed after the due date set by Appellate Court, and the Appellate Court has already ruled in this case that if Appellant's Brief is filed after the due date, said brief shall not be considered and the appeal shall be dismissed.

## ARGUMENT

**Appellant fails to show meritorious argument for dismissal at trial level and fails to meet standard of review for reversal on appeal.**

Appellant's brief presents three issues to the Appellate Court. Appellant claims that the Trial Court erred when it failed to consider evidence. Appellant refers to a Motion to Dismiss as the evidence in question. The relief sought under said Motion to Dismiss is dismissal with prejudice in order for Appellant to file a separate case in a different county, but no meritorious reason for such relief can be found in said motion. Appellee filed for divorce in Bexar County because at that time he lived in Texas for the preceding six months and Bexar County for the preceding ninety days. Appellant lived in Texas at the time the Original Petition for Divorce was filed in Bexar County and after notice, Appellant made an appearance in Bexar County by filing a General Denial. Appellant claims the Court erred when it failed to consider the evidence within the motion, but Appellant fails to show that any statements within qualify as evidence. The

5

Motion to Dismiss does not contain any evidence, only unsworn claims and baseless requests. Appellee, now having seen the motion, denies these claims.

Appellant claims the Court erred when it accepted false information, insofar as it took as true that the case involved only personal effects to be divided to each party having possession and that no separate property was to be confirmed. The case did only involve such personal property. No other property is specified and there is no separate property confirmed as belonging to either party in the Final Decree of Divorce. The statements given to the Court were true, so the Court did not accept false information; it accepted true information.

Appellant claims the Court erred when it accepted false information from Appellee when he stated that the proposed Final Decree of Divorce divided the marital property and debts, and that in his opinion, such a division was a fair division. The decree did divide the marital property and debts and whether such a division was fair is a matter of opinion, so Appellants complaint that the Court accepted false information is without merit.

Because the Motion to Dismiss does not contain meritorious reasons for dismissal and because the testimony of Appellee is shown to be true from the record, Appellant does not meet the standard for the relief requested, reversal. The error complained of probably did not cause the rendition of an improper judgment and did not probably prevent Appellant from properly presenting the case to the court of appeals. *See* TEX. R.

APP. P. 41.1(a).

**Appellant failed to timely file brief. After multiple extensions granted by the Court, the final deadline to file brief on merits was September 7th, 2015. Appellant filed brief on September 8th, 2015.**

Appellee has identified a new issue. Appellant did not timely file her brief.

Appellant's brief was due on June 7th, 2015. On May 27th, 2015, Appellant filed a Motion to Extend Time to File Brief for Just Cause. Appellant was ordered to file a brief no later than July 7th, 2015. On June 25th, 2015, Appellant again filed a Motion to Extend Time to File Brief and again the Appellate Court granted Appellant additional time. The Appellate Court, in its Order on July 1st, 2015 makes clear that "... that no further extensions of time will be granted. If her brief is not filed by the date ordered, the appeal will be dismissed. ... The Court will not grant any additional extension of time." *See* Tab 1. The Appellate Court ordered a new due date of September 7th, 2015. Appellee requests the Appellate Court to adhere to its own Order and dismiss the appeal because Appellant failed to mail a brief until September 8th, 2015. *See* Certificate of Service in Appellant's Brief.

PRAYER

Appellee, Juan P. Rodriguez, for the reasons above, respectfully asks that this Honorable 4th Court of Appeals dismiss Appellant's appeal.

## APPENDIX

**Rules**

TEX. R. APP. P. 38.2(a)(1)(B) - "the appellee's brief need not include a statement of the case, a statement of the issues presented, or a *statement of facts, unless the appellee is dissatisfied with that portion of the appellant's brief*"

TEX. R. APP. P. 41.1(a) - Standard for Reversible Error. No judgment may be reversed on appeal on the ground that the trial court made an error of law unless the court of appeals concludes that the error complained of: (1) probably caused the rendition of an improper judgment; or (2) probably prevented the appellant from properly presenting the case to the court of appeals

**Orders**

Tab 1 - Order Granting Extension of Time to File Appellant's Brief

# CERTIFICATE OF SERVICE

I certify that a true copy of Appellee's Brief was served on Appellant in accordance with the Texas Rules of Appellate Procedure on _October 7th, 2015_ in the manner described below.

By US Postal Mail to:    Genesis Ulloa
P.O. Box 5692
Brownsville, TX 78523

_____

Michael J. McLees, Jr.
Attorney for Appellee
8746 Wurzbach Rd., Suite 207
San Antonio, TX 78240
Fax: 210-547-9231

Tab 1



# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00160-CV

Genesis Tamara **ULLOA**,
Appellant

v.

Juan Pablo **RODRIGUEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10118
Honorable Renee Yanta, Judge Presiding

## O R D E R

Appellant's brief was originally due June 7, 2015; however, the court granted an extension of time to file the brief until July 7. Appellant, Genesis T. Ulloa, proceeding pro se, has filed a motion requesting an additional sixty days to obtain legal counsel and properly brief the appeal.

Ulloa's motion provides a reasonable explanation for the requested extension. We therefore **grant** the motion and order Ulloa's brief due **September 7, 2015.**

Ulloa is advised that **no further extensions of time will be granted.** If her brief is not filed by the date ordered, the appeal will be dismissed. *See* TEX. R. APP. P. 38.8(a); 42.3(c). If Ulloa intends to hire legal counsel, she is advised to do so immediately. The court will not grant any additional extension of time to enable new counsel to become familiar with the case.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this first day of July, 2015.

Keith E. Hottle
Clerk of